

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2019

No. 04-18-00716-CV

John **MAGNESS,**
Appellants

v.

Sheppard **BAKER,**
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 32335
Honorable Robert Cadena, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Reply Brief is hereby GRANTED. Time is extended to March 13, 2019.

It is so ORDERED on this 22nd day of February, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court